IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALOYSIUS D. BLACKCROW, et al., | ORDER |
| Plaintiffs, | 9:21-cv-00097-DWM |
| | 9:21-cv-00122-DWM |
| vs. | 9:21-cv-00125-DWM |
| | 9:21-cv-00132-DWM |
| LAKE COUNTY, MONTANA, et al., | 9:22-cv-00001-DWM |
| | 9:22-cv-00002-DWM |
| Defendants, | 9:22-cv-00003-DWM |
| | 9:22-cv-00004-DWM |
| | 9:22-cv-00005-DWM |
| | 9:22-cv-00006-DWM |
| | 9:22-cv-00007-DWM |
| | 9:22-cv-00008-DWM |
| | 9:22-cv-00009-DWM |
| | 9:22-cv-00010-DWM |
| | 9:22-cv-00013-DWM |
| | 9:22-cv-00014-DWM |
| | 9:22-cv-00021-DWM |
| | 9:22-cv-00022-DWM |
| | 9:22-cv-00024-DWM |
| | 9:22-cv-00025-DWM |
| | 9:22-cv-00029-DWM |
| | 9:22-cv-00031-DWM |
| | 9:22-cv-00036-DWM |
| | 9:22-cv-00037-DWM |
| | 9:22-cv-00038-DWM |
| | 9:22-cv-00042-DWM |
| | 9:22-cv-00046-DWM |
| | 9:22-cv-00048-DWM |
| | 9:22-cv-00049-DWM |
| | 9:22-cv-00061-DWM |
| | 9:22-cv-00062-DWM |

1

9:22-cv-00094-DWM
9:22-cv-00097-DWM
9:22-cv-00100-DWM
9:22-cv-00106-DWM
9:22-cv-00110-DWM
9:22-cv-00117-DWM
9:22-cv-00124-DWM
9:22-cv-00135-DWM
9:22-cv-00148-DWM
9:22-cv-00150-DWM
9:22-cv-00151-DWM
9:22-cv-00152-DWM
9:22-cv-00153-DWM
9:22-cv-00154-DWM
9:22-cv-00155-DWM
9:22-cv-00156-DWM
9:22-cv-00157-DWM
9:22-cv-00162-DWM
9:22-cv-00170-DWM
9:22-cv-00171-DWM
9:22-cv-00173-DWM
9:22-cv-00175-DWM
9:22-cv-00178-DWM
9:22-cv-00182-DWM
9:22-cv-00185-DWM
9:22-cv-00198-DWM
9:23-cv-00012-DWM

On January 3, 2024, the Court ordered each plaintiff in the above-captioned cases, all related to the consolidated challenge to the conditions of confinement at the Lake County Detention Facility, to file a notice of intent to continue litigating their individual causes of action by February 29, 2024, or that cause of action would be dismissed. Because no such notice was filed in the above-captioned cases,

2

IT IS ORDERED that the above-captioned cases are DISMISSED. *See* Fed.

R. Civ. P. 41(b). The Clerk is directed to enter judgment consistent with this

Order.

Dated this ⧸⧸ day of March, 2024.

 

 

Donald W. Molloy, District Judge
United States District Court